# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00624-CV

**Kasee King, Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT NO. D-1-FM-06-000930, HONORABLE W. JEANNE MEURER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Kasee King no longer wishes to pursue her appeal and has filed a motion to dismiss. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a).

_____

Bob Pemberton, Justice

Before Chief Justice Ken Law, Justices B.A. Smith and Pemberton

Dismissed on Appellant's Motion

Filed: November 10, 2006